■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL M. ANDREWS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County (Dufficy, J.), rendered February 24, 1982, convicting him of criminal possession of a weapon in the second degree, burglary in the second degree, and menacing, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Defendant contends that the evidence at trial was insufficient to establish his guilt beyond a reasonable doubt. He claims that the testimony of the complaining witness was incredible as a matter of law. In view of the jury verdict we must view the evidence in a light most favorable to the People

(*People v Di Girolamo,* 108 AD2d 755, *lv denied* 64 NY2d 1133). Although minor inconsistencies appear in the complainant's testimony, resolution of credibility was properly for the trier of fact (*see, People v La Borde,* 76 AD2d 869; *People v Rosenfeld,* 93 AD2d 872). We are "traditionally resistant to second guessing its determination on this issue" (*People v Di Girolamo, supra,* p 755; *see, People v Rodriguez,* 72 AD2d 571), and the facts in the case at bar do not compel the conclusion that a reasonable doubt existed as a matter of law. Mollen, P. J., Gibbons, Rubin and Kooper, JJ., concur.